Certificate Number: 14751-ILN-DE-021371422

Bankruptcy Case Number: 13-17305



14751-ILN-DE-021371422

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2013, at 9:29 o'clock PM PDT, Stacy  N Brown completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   July 9, 2013                By:    /s/AMEY AIONO

                                    Name:  AMEY AIONO

                                    Title: Certified Credit Counselor